FILED'06 AUG 09 08:10USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIEL D. MOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 04-1803-PK |
| v. ) | |
| ) | O R D E R |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Daniel D. Moss
2208 Indian Trail Drive
W. Lafayette, Indiana  47906

    Pro Se Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

-and-

Page 1 - ORDER

Jeremy N. Hendon
United States Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683

    Attorney for Defendant

KING, Judge:

    The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on July 19, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#42).

    IT IS HEREBY ORDERED that the United States' Motion for Summary Judgment (#32) is granted.

DATED this 8th day of August, 2006.

                                       GARR M. KING
                                       United States District Judge